# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**GEORGE ANTHONY SEXTON,**
**AND WIFE MARY P. SEXTON,**

    **Plaintiffs,**

vs.

    Case No.: **3:09-CV-535**
    Varlan/Shirley
    Jury Demanded

**STATE FARM FIRE**
**AND CASUALTY COMPANY,**

    **Defendant.**

## JOINT STATUS REPORT

Come the parties and jointly file this status report covering the following matters:

(a.) Whether discovery has been completed;

**Defendant State Farm has completed its discovery requests on January 31, 2011 but plaintiffs have not responded to them.**

(b.) If any dispositive motions are pending, whether oral argument would be beneficial to the Court and/or the parties, and, if so, explain the benefit;

**Yes, State Farm has filed a dispositive motion and requests oral argument.**

(c.) Whether any party intends to file any further pretrial motions, including any motions in limine, and if so, the anticipated subject matter of such motions;

**Still to be determined.**

(d.) Whether the case is to be tried jury or non-jury and the anticipated length of trial;

**Plaintiffs demanded a jury.**

(e.) The prospects for settlement of this matter, and whether the case has been or will be submitted for mediation pursuant to Local Rule 16.5; and

**Settlement and mediation are unlikely.**

(f.) Any other matter which you believe should be brought to the Court's attention.

The foregoing Joint Status Report has been approved by counsel for the plaintiffs and counsel for the defendant:

**SEXTON, SEXTON & KAZEE, P.C.**

 /s/ C. Patrick Sexton
**C. PATRICK SEXTON**, BPR #021683
425 Industrial Lane
P.O. Box 4187
Oneida, TN 37841
(423) 569-8341; (423) 569-9410 (fax)
**Attorney for Plaintiffs**
**George Anthony Sexton and**
**Mary P. Sexton**

**BAKER, O'KANE,**
**ATKINS & THOMPSON**

 /s/ Michael K. Atkins
**MICHAEL K. ATKINS**, BPR #017862
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600; (865) 637-5608 (fax)
**Attorney for State Farm Fire and**
**Casualty Company**