UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CIVIL COURTROOM MINUTES - GENERAL

Case No. 3:09-cv-00535                     Date  April 28, 2011

Style

 George Anthony Sexton, et al            vs    State Farm Fire and Casualty Company


Present before the HONORABLE THOMAS A. VARLAN , UNITED STATES DISTRICT JUDGE

| Julie Norwood | Dana Holloway, Miller/Miller |
|---|---|
| Deputy Clerk | Court Reporter |

| Charles P Sexton | Michael K Atkins & Russell E Reviere |
|---|---|
| ATTORNEY(S) PRESENT FOR PLTFS | ATTORNEY(S) PRESENT FOR DEFTS |

PROCEEDINGS:     Summary Judgment hearing.  Order to follow.

Time   10:00         to              10:45