UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**GEORGE ANTHONY SEXTON,**
**AND WIFE MARY P. SEXTON,**

  **Plaintiffs,**

vs.

            Case No.: **3:09-CV-535**

            Varlan/Shirley
            Jury Demanded

**STATE FARM FIRE**
**AND CASUALTY COMPANY,**

  **Defendant.**

## JOINT STIPULATION OF DISMISSAL

The plaintiffs, George Anthony Sexton and wife, Mary P. Sexton, and the defendant, State Farm Fire and Casualty Company, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure jointly stipulate to dismiss the Complaint with prejudice.

**WHEREFORE**, the parties stipulate that this entire case be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear their own discretionary costs.

**SEXTON, SEXTON & KAZEE, P.C.**

/s/ C. Patrick Sexton
**C. PATRICK SEXTON**, BPR #021683
425 Industrial Lane
P.O. Box 4187
Oneida, TN 37841
(423) 569-8341; (423) 569-9410 (fax)
**Attorney for Plaintiffs George Anthony Sexton and Mary P. Sexton**

**BAKER, O'KANE, ATKINS & THOMPSON**

  /s/ Michael K. Atkins
**MICHAEL K. ATKINS**, BPR #017862
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600; (865) 637-5608 (fax)

**RAINEY, KIZER, REVIERE & BELL, P.L.C.**

/s/ Russell E. Reviere
RUSSELL E. REVIERE, #7166
Attorney for State Farm
209 East Main Street
P. O. Box 1147
Jackson, TN 38301-1147
(731) 423-2414
**Counsel for State Farm Fire and
Casualty Company**